UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SUSAN GROULX,                                              : ECF CASE
                                                           :
                         Plaintiff,                        :
                                                           : Index No. 07-05332
        - against -                                        :
                                                           :
TONY ALAMO, a/k/a/ BERNIE LAZAR HOFFMAN,                   :
TWENTY FIRST CENTURY HOLINESS TABERNACLE                   :
CHURCH, INC., and JOHN DOES 1-10,                          :
                                                           :
                         Defendants.                       :
------------------------------------------------------------------------x

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff Susan Groulx. dismisses this action without prejudice. Leave of Court is not required because the Defendant has not yet served its answer or filed a motion for summary judgment.

Dated: New York, New York
       November 26, 2007

                                LAW OFFICES OF DAVID M. MARCUS

                                By: _____
                                    David Marcus
                                    1650 Broadway, Suite 1001
                                    New York, New York 10019
                                    Tele: 646-536-7602
                                    Fax: 212-265-5226

                                Attorney for Plaintiff