USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SUSAN GROULX,

                Plaintiff,

- against -

TONY ALAMO, a/k/a/ BERNIE LAZAR HOFFMAN,
TWENTY FIRST CENTURY HOLINESS TABERNACLE
CHURCH, INC., and JOHN DOES 1-10,

                Defendants.
-------------------------------------------------------------X

: ECF CASE
:
: Index No. 07-05332 (RJS)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff Susan Groulx dismisses this action without prejudice. ~~Leave of Court is not required because~~ the Defendant has not yet served its answer or filed a motion for summary judgment.

Dated: New York, New York
       November 26, 2007

                    LAW OFFICES OF DAVID M. MARCUS

              By: _____
                  David Marcus
                  1650 Broadway, Suite 1001
                  New York, New York 10019
                  Tele: 646-536-7602
                  Fax: 212-265-5226

                  Attorney for Plaintiff

SO ORDERED
Dated: 11/28/07
RICHARD J. SULLIVAN
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUSAN GROULX,                              : ECF CASE
                                           :
                    Plaintiff,             :
                                           : Index No. 07-05332
    - against -                            :
                                           :
                                           :
                                           :
TONY ALAMO, a/k/a/ BERNIE LAZAR HOFFMAN,   :
TWENTY-FIRST CENTURY HOLINESS TABERNACLE   :
CHURCH, INC., and JOHN DOES 1-10,          :
                                           :
                    Defendants.            :
-----------------------------------------------------------------X

      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff Susan Groulx, dismisses this action without prejudice. Leave of Court is not required because the Defendant has not yet served its answer or filed a motion for summary judgment.

Dated: New York, New York
       November 26, 2007

                              LAW OFFICES OF DAVID M. MARCUS

                     By: _____
                          David Marcus
                          1650 Broadway, Suite 1001
                          New York, New York  10019
                          Tele: 646-536-7602
                          Fax: 212-265-5226

                          Attorney for Plaintiff